IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| SHERYL L. BJORNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DAVE SMITH MOTORS/FRONTIER<br>LEASING AND SALES,<br><br>　　　　　　Defendant. | Case No. CV 04-0285-N-MHW<br><br>**AMENDED JUDGMENT** |

The Court having entered a Judgment in favor of the plaintiff, Sheryl Bjornson, and against the defendant, Dave Smith Motors/Frontier Leasing & Sales, in the sum of One Hundred Thousand and One dollars ($100,001.00) on March 18, 2008 (Docket No. 90), together with costs taxed in the amount of Three Thousand, Two Hundred and Sixty dollars and Sixty-eight cents ($3,260.68) as a matter of right (for a total initial judgment of $103,261.68), and the Court subsequently having ruled on plaintiffs' Motion for Attorney Fees and Costs and having awarded the plaintiff, Sheryl Bjornson, attorney fees in the amount of Eighty-seven Thousand, One Hundred Six dollars and Forty cents ($87,106.40) and costs in the amount of Ten Thousand, Three Hundred Ninety Eight dollars and Forty-two cents ($10,398.42) (Docket No. 112);

　　　　IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED,

　　　　1.　　That Judgment be entered in favor of Plaintiff for attorney fees and costs in the additional amount of Ninety-seven Thousand, Five Hundred Four dollars and eighty-two cents ($97,504.82), plus post-judgment interest on this amount at the applicable rate pursuant 28 U.S.C. §1961 until satisfied in full; and

2.⠀⠀⠀⠀⠀⠀That the supplemental judgment amount be included with the initial judgment, including the taxed costs, of One Hundred Thousand, Three Hundred Sixty-one dollars and Sixty-eight cents ($103,261.68), plus post-judgment interest on the initial judgment amount accruing since March 18, 2008.



DATED: August 7, 2008

Honorable Mikel H. Williams
United States Magistrate Judge