MARC A. LYONS, ISB #3145
APRIL M. LINSCOTT, ISB #7036
RAMSDEN & LYONS, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone:   (208) 664-5818
Facsimile:    (208) 664-5884

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHERYL L. BJORNSON,<br><br>             Plaintiff,<br><br>vs.<br><br>DAVE SMITH MOTORS/FRONTIER LEASING & SALES,<br><br>             Defendants. | CASE NO. CIV-04-285-N-MHW<br><br>SATISFACTION OF JUDGMENT |

COMES NOW Plaintiff Sheryl Bjornson, by and through her counsel of record, Ramsden & Lyons, LLP and acknowledges that the initial Judgment entered in favor of Plaintiff on March 18, 2008 and the amended Judgment entered in favor of Plaintiff on August 7, 2008 have been fully satisfied.

DATED this 15th day of August 2008.

                                              RAMSDEN & LYONS, LLP


                                  By   /s/Marc A. Lyons
                                      Marc A. Lyons, Of the Firm
                                      Attorney for Plaintiff

SATISFACTION OF JUDGMENT - 1

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Phillip J. Collaer - pcollaer@ajhlaw.com

                                        /s/Marc A. Lyons
                                        Marc A. Lyons